**January 7, 2000**

21633     Abordo v. State     ·     Affirmed

**January 26, 2000**

22067     State v. Poomaihealani     Vacated

**January 31, 2000**

22171     State v. Chun     Affirmed

**February 18, 2000**

22045     State v. Sylva     Affirmed

**February 29, 2000**

22081     State v. Okamura     Vacated